FILED'08 MAR 17 12:55 USDC-ORM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

DANIEL S. HARRIS,

      Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

Civil No. 07-0628-CL

**JUDGMENT**

    Based upon the stipulation of parties, the decision of the Commissioner is reversed and
the matter remanded, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further administrative
proceedings consistent with the stipulation of the parties.

    DATED this ___17___ day of March, 2008.

Owen M. Panner
United States District Judge

Judgment - 1