FILED'08 MAR 31 12:32 USDC-ORM

FILED'08 MAR 31 12:32 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL S. HARRIS,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 07-628-CL

ORDER GRANTING
STIPULATED EAJA FEES,
COSTS AND EXPENSES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4405.97 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $6.20 in costs and $39.26 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue checks payable to Plaintiff's attorneys.

DATED this 31 day of Mar., 2008.

*[signature]*
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff